O. J. McQUISTION, Petitioner, L. L. McQuistion, Petitioner, O. J. McQuistion, Petitioner, R. S. McQuistion, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 7632–7635.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for respondent in each of above causes and by direction of the court, ordered petition to review in each cause dismissed for failure of petitioner to file record and docket cause; mandates forthwith.

---

MARICOPA COUNTY, ARIZONA, et al., Appellants, v. PHŒNIX SAVINGS BANK & TRUST CO., Appellee.

SAME v. PHŒNIX NATIONAL BANK.

SAME v. VALLEY BANK & TRUST CO.

SAME v. FIRST NAT. BANK OF ARIZONA AT PHŒNIX.

SAME v. TEMPE NATIONAL BANK.

PIMA COUNTY, ARIZONA, et al. v. SOUTHERN ARIZONA BANK & TRUST CO.

Nos. 7367–7372.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Arthur T. La Prade, Atty. Gen., and Charles L. Strouss, Asst. Atty. Gen., for appellants.

Chalmers, Fennemore & Nairn, of Phœnix, Ariz., for appellees Phœnix Sav. Bank & Trust Co. and Phœnix Nat. Bank.

Armstrong, Kramer, Morrison & Roche, of Phœnix, Ariz., for appellee First Nat. Bank of Arizona.

Kibbey, Bennett, Gust, Smith & Rosenfeld and Charles L. Rawlins, all of Phœnix, Ariz., for appellee Valley Bank & Trust Co.

Charles Woolf, of Phœnix, Ariz., for appellee Tempe Nat. Bank.

Darnell & Nave and James R. Dunseath, all of Tucson, Ariz., for appellee Southern Arizona Bank & Trust Co.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties in each of above causes, ordered appeal dismissed in each cause; mandates forthwith.

---

Charles A. MAU et al. v. SUMMIT OIL COMPANY et al.

No. 1120.

Circuit Court of Appeals, Tenth Circuit.

July 20, 1934.

James Donovan, of Los Angeles, Cal., for appellants.

Clay & Benton and A. K. Barnes, both of Denver, Colo., and C. R. Ellery, of Cheyenne, Wyo., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.